

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jones

**Plaintiff,**

**V.**

Paramo, et al

**Defendant.**

**FILED**

9/12/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Taylor , Deputy

**Civil No.** 18cv2039-LAB-JMA

**STRICKEN DOCUMENT:**

Complaint

**Per Order #    4**

1