Gerald J. Jones #E-33225
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, California 92179
In Pro Se

FILED
APR 24 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Gerald J Jones,
   Plaintiff,

v.

Daniel Palamo, et al.
   Defendants.

CASE NO 3:18-CV-02039-LAB-JMA

AMENDING CIVIL RIGHT COMPLAINT PURSUANT TO 42 U.S.C.S 1983 UNDER IMMINENT DANGER. FOR DECLARATORY AND INJUNCTIVE RELIEF
[DEMAND FOR JURY TRIAL]

I.          INTRODUCTION

This is an action for Relief from Defendants' WANTON And Malicious Prison Pattern Practice of violation of Plaintiff and other's similarly situated, Civil and Constitutional Right.

Plaintiff Allege Imminent Danger Andrews v. Cervantes, 493 F.3d, 1047 (9th Cir. 2007), based on Defendant's, and each of them, orgnized criminal MALFEASANCE, deLiBerate INDIFFERNCE toward the rights of Prisoners, including Plaintiff, and ongoing systematic Practice of cruel and unusual punishment based on race as african american and Pacticipation in the California Department on Corrections and Rehabilitation (CDCR) mental Health service Delivery system [MHSDS] at the Enhanced Out Patient (EOP) level of care.

(1.)

## II. Jurisdiction and Venue

This Court has Jurisdiction and Authority over the subject matter and the parties pursuant to 28 U.S.C §§ 1331, 2201, and 2202. While venue is proper in the Southern District of California pursuant to 28 U.S.C § 1391(b), because events giving rise to Plaintiff's claims occurred in this District.

## III. Parties

1. Defendant Daniel Paramo is the warden of RJDCF, 480 Alta Road, San Diego, Calif 92179 being sued in his individual and official capacity for the civil and constitutional violations being challenged by this action.

2. Defendant Bracamonte is a facility Captain at (RJDCF) 480 Alta Road, San Diego Calif. 92179, being sued in his individual and official capacity for the civil and constitutional violations being challenged by this action.

3. Defendant A. Aguirre is the correctional Lieutenant at RJDCF, 480 Alta Road, San Diego Calif 92179, being sued in his individual and official capacity for the civil and constitutional violation being challenged by this action.

4. Defendant M. Rico is a correctional sergant at RJDCF 480 Alta Road San Diego Calif 92179 being sued in his individual and official capacity for the civil and constitutional violations being challenged by this action.

5. Defendant Keene is a correctional sergant at RJDCF 480 Road San Diego Calif 92179 being sued in his individual and official capacity for the civil and constitutional violations being challenged by this action.

(2)

6. Defendant F. Salas is a correctional officer C/O at RJDCF 480 Alta Road. San Diego Calif 92179 being sued in his individual and official capcity for the civil and constitutional Challenged by this action.

7. Defendant A Danial is a C/O at RJDCF 480 Alta Road San Diego calif 92179. being sued in his individual and official Capacity for the civil and constitutional violation being Challenged by this action

8. Defendant P Jones is a C/O at RJDCF 480 Alta Road San Diego Calif 92179 being sued in his individual and official Capacity for the civil and constitutional violation being challenged by this action

9. Defentant Chacon is a C/O at RJDCF 480 Alta Road San Diego Calif 92179 being sued in his indindual and official Capacity For the civil and constitutional violation being challenged by this action

10. Defendant Avile is a C/O at RJDCF 480 Alta Road San Diego Calif 92179 being sued in his individual and official capacity for the civil and constitutional violation being challenged by this action

( 3 )

IV.     STATEMENT OF FACTS

11. Throughout the time claimed in this Action Plaintiff was, and remain A Participant in the CDCR mental health care at the EOP level of care. EOP is a special Program For Prisoners, who are gravely mentally disabled, unable to care for themselves in a general Population setting. Plaintiff is also Permanently mobility impaired requiring a walker to walk, and recognized as a disabled Person.

12. On November 8, 2017, Plaintiff returned to RJDCF from an outside hospital to learn that during the 48 hour hospital stay, Plaintiffs assigned cell had been taken, and Plaintiff had been reassigned to rehouse with a Prisoner who was/is infamous throughout RJDCF for drug use, abuse, and addiction, and when brought to the attention of Prison officials, Defendant Aviles handcuffed Plaintiff, then forced Plaintiff to walk without use of the walker to a holding cage in the RJDCF 'C' Facility gymnasium (gym)

13  Defendant KEENE then came to the holding Cage and when Plaintiff reiterated safety concerns which made incompatible housing Defendant Keene ignored such. insisting that plaintiff would house with the infamous drug addicted Prisoner.

14  Defendant Keene then departed from the gym and moments later, Defendant's Salas, Danial, Jones, Chacon, and Aviles entered. came to the holding cage to open the door, forcing Plaintiff out then onto the floor and discharged multiple cans of O.C. Pepper spray to

(4)

Plaintiff's face and head causing instant blindness and burning of lungs, skin, and eyes

15. Defendant's Salas, Danial, Jones, Chacon, and Aviles then commence kicking, punching, and stomping Plaintiff's head, face, back, torso, and legs repeatedly and without provocation or for reasons which advanced a legitimate correctional goal. While Plaintiff was being beat viciously, one of the defendant Assaulters said "which foot did you go to the hospital for," and when Plaintiff responded "my right foot" the defendants began kicking Plaintiff's already injured foot until it broke.

16. Plaintiff was then grabbed by each ankle and pulled backward toward the holding cage and forced inside while nearly unconscious from pain in Plaintiff's face, head, torso, legs

17. When Plaintiff did manage to stand Defendant Aviles came to the holding cage and discharged another round of OC pepper spray to the Plaintiff's face as he said "Fuck you Bitch Ass Nigger" before departing from the GYM, leaving Plaintiff in the holding cage in pain with burning of eyes, skin and lungs

18. While Plaintiff was left to suffer the pain and torment from the described abuse, defendant's Aguirre, Pico, Keene, Salas, Danial, Jones, Chacon, and Aviles all gathered to conspire to file false peace officer's reports in effort to attempt justify the extent of Plaintiff injuries, concocting Fallacy which described Plaintiff as erratic, combative, with supernatural strength and behavior during the time the deprivations are claimed herein

(5)

23. Since as early as 2014 defendant Paramo and Bralamonte have been made well aware that defendant's Salas, Danial, Jones, chacon, and aviles, including vast other %'s and official on RJDCF 'C' facility

(1) used and use the gym as an arena specifically to assault, torure, and beat Prisoners including Plaintiff, in solitude;

(2) Conspire with defendant. Aquirre, Rico, and keene and other supervisory official, to willfully manufacture false peace officer reports to conceal the ongoing constitutional violations of Prisoner's including Plaintiff as described herein; and (3) openly operate, regard, and refer to themselves as Greenwall Prison guard gang member's while on state grounds under the color of law well Protected by CDCR's massive resources.

IV      PRAYER FOR RELIEF

24. Plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been, and will continue to be irreparabley injured by the action of defendant unless this court grants the following Relief.

1. A Declaration that the acts and the ommissions of violated Plaintiff Right under the law of the state of calif. the united states, and the U.S constitution

2. Appointment of a special master to specifically review the number of assaults the same as or similar to Plaintiff to determine whether, an ongoing pattern of constitutional

(7)

19 Conspiring to file Peace officer's report to conceal the described constitutional violations is part of an onging and systematic practice here at RJDCF ratified by defendant Paramo and Bracamonte based on willful blindness and conscience avoidance.

20. As a direct result of the described attack by Defendant's Salas, Danial Jones Chacon and Aviles, Plaintiff sustain a broken toe, foot and finger a cut swollen eye, a bruised toros and stomach which caused blood to leak into Plaintiff stomach migraines continue persists, loss of tooth can to include mouth bleeding and nightmares. coupled by constant fear and anxiety.

21 Subsequent Plaintiff's assaulty defendant Jones compelled Plaintiff to walk to be rehouse in Administrative segregation (ad-seg) on a broken foot and toe without the use of Plaintiff walker which is issued as a medical appliance and when Plaintiff complained of pain and mobility Defendant Jones said "shut up before you get your ass beat again".

22. On about January 2-2018, Plaintiff went before A Special Ad-SEg committee and informed defendant Paramo of the above facts including the fact that while being beatten by defendant Salas, Danial Jones Chacon and Aviles, defentant's called Plaintiff "Nigger big o bitch peace of shit and mother fucker." however Defendant Paramo utterly ignored Plaintiff abuse and degradation

(6)

violations based on a prison Pattern practice exist here at RJDCF and ratified by defendant Paramo, warranting review by the U.S department of Justice under institutionalized Persons act. 42 U.S.C. § 1997, and violations of united states code, Title 18 §§ 241, 242, and 245.

3. Punitive damages according to Proof

4. Exemplary damages according to Proof

5. Compensatory damage according to Proof

6. Special damages according to Proof

7. Grant Plaintiff demend for Jury Trial and.

8. Grant all such other relief this Court deems Just and Proper

## verification

I do hereby delare I have read the complaint and the matters stated therein are true and correct this 4-13-19 San Diego, California

*Gerald J Jones*
Gerald J. Jones - Declarant
Plaintiff/complainant
Date 4-13-19
at 5:22 AM

## DECLARATION UNDER PENALTY OF PERJURY

I Gerald J Jones being comepetent to make this declaration and having personal knowledge of the matter stated therein Declares Pursuant to 28 U.S.C § 1746

1. This is for all the retaliation and herassment, I had to go through ever since i came to court on this case. I am hopeful that the help from the court will stop this

2. Defendant Lt. Froster of RJDCF 480 Alta Road San Diego Calif 92179 being sued in her individual and official Capacity for the civil and constitutional violation of my due process by not calling my witness

3. Defendant, officer G valdvinos of RJDCF 480 Alta Road San Diego Calif 92179 being sued in he individual and official Capacity for the civil and consititutional violation

4. Defendant, Sgt A. Gonzalez of RJDCF 480 Alta Road San Diego Calif 92179 being sued in her individual and official for the civil and constitutional being challenged by this action

5. Defendant, Sgt Ramos of RJDCF 480 Alta Road San Diego Calif 92179 being sued in her individual and official for the civil and constitutional being challenged by this action

6. Defendant, Lt Gonzalez of RJDCF 480 Alta Road San Diego Calif 92179 being sued in her individual and official for the civil and constitutional violation being challenged by this action

''
''
''
''

1

## STATEMENT OF FACTS

1. Defendant, Lt Froster, in the 115 hearing, i asked can i have my witness to give you a clear understand and she deny me of my constitution right and it was a clear constitutional violation under color of state law. A violation of my due process and finding me guilty of a serious RVR 115 when she knew that her officer fabriated the whole 115, because it was to fast. Violation date 2-13-18 hearing date 2-23-18 I had two witnesses. She want to find me guilty no matter what

2. Defendant officer G Valdvinos, He most defintely assault me. with the cell door, he knew i had a broken foot and caught me between the cell door, and wall and i was yelling asking him to open the cell door he just started laughing at me and he left me there for fore or five minute, then when he did let me out i went to get a 602 to write him up for assaulting me. But he fabriated a whole RVR 115. The 602 i never heard of it again. From the second level. "where is it." These are the pattern practice. here at RJDCF.

3. Defendant, Sgt Ramos fabriated A RVR 115. I told her i was going to write her up for being a racist. Then she wrote me A RVR 115. it's a whole lie, and I had Proof, I had five declaration from inmates who was there at the time, when we was in the chow hall.

4. Defendant Lt Gonzalez, gave plaintiff a unfair hearing, and he did this under the color of law. He didn't let me call my witnesses to the hearing or even consider the declaration. He said, I don't they was there. I informed him we was in the chow hall to whole building is there. I declare under the Penalty of Perjury that the foregoing is true and correct to the best of my knowledge

*Gerald J Jean*
Date 4-19-19
at 4:10 AM

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Gerald J Jones__, declare:

I am over 18 years of age and a party to this action. I am a resident of __Richard J Donovan RJDCF Correctional facility__ Prison, in the county of __San Diego__, State of California. My prison address is: __480 Alta Road, San Diego California 92179__.

On __4-20-19__ (DATE),

I served the attached: __Amending civil Right complaint 1. Declaration too each__ (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__1 Copys to United States District Court Southern District of California__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __4-20-19__ (DATE)      __Gerald L Jones__ (DECLARANT'S SIGNATURE)

Case 3:18-cv-02039-LAB-JMA Document 11 Filed 04/24/19 PageID.256 Page 12 of 13

Gerald J Jones #E-33225
Richard J Donavan
480 Alta Road
San Diego, Calif 92179



California Department of
Corrections and Rehabilitation



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

