UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES,<br><br>                      Plaintiff,<br><br>v.<br><br>PARAMO *et al.*,<br><br>                      Defendants. | Case No.: 18-CV-2039-LAB(WVG)<br><br>**ORDER DENYING MOTION TO START DISCOVERY AND FOR PRETRIAL CONFERENCE**<br><br>**[Doc. No. 20.]** |

Plaintiff's motion to start discovery and set a pretrial conference is DENIED without prejudice. It is far too early in the case to do either of these because the defendants have not yet made their appearances. Discovery will begin in due course once the defendants have made their appearances and filed Answers.

**IT IS SO ORDERED.**

DATED: July 18, 2018

_____
Hon. William V. Gallo
United States Magistrate Judge