UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JONES,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, *et al.*,<br><br>  Defendants. | Case No.: 18-CV-2039-LAB-WVG<br><br>**ORDER ON DEFENDANTS' EX PARTE REQUEST TO VACATE SETTLEMENT DISPOSITION CONFERENCE** |

On May 18, 2020, Defendants filed a Notice of Disbursement of Settlement Funds and Ex Parte Request to Vacate Settlement Disposition Conference. (Doc. No. 47.) Defendants move the Court to vacate the July 6, 2020 settlement disposition conference as set by this Court on January 22, 2020 (Doc. No. 46) because Defendants (1) timely disbursed settlement funds to Plaintiff; and (2) "will be filing the signed joint motion to dismiss the case." (Doc. No. 47, 1:28-2:1.) The Court DENIES Defendants' Ex Parte Application on two grounds. First, Defendants' Ex Parte Application violates this Court's Civil Chambers Rule VI governing ex parte applications for lack of notice to both Plaintiff and Chambers in advance of the application's filing. Second, Defendants' ex parte application is premature. The Court's January 22, 2020 Order made clear the July 6, 2020

1

settlement disposition conference would be automatically vacated upon the Parties timely filing a joint motion to dismiss no later than June 30, 2020, and the Parties have not yet made such filing. (Doc. No. 46). The July 6, 2020 settlement disposition conference remains on calendar unless and until the Parties file their joint motion to dismiss no later than June 30, 2020, as set forth in the Court's January 22, 20202 Order.

**IT IS SO ORDERED.**

Dated: May 18, 2020

Hon. William V. Gallo
United States Magistrate Judge