# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GERALD JONES, | CASE NO. 18cv2039-LAB (WVG) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 49]** |
| vs. | |
| DANIEL PARAMO, et al., | |
| Defendants. | |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 49. This action is **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: May 20, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -